IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-326-FL

| | | |
|---|---|---|
| CPI AMHERST SFR and MAIN STREET REMOVAL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| TAMEKA ALEXANDER, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court for review of pro se defendant's proposed notice of removal (DE 1-1) pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Brian S. Meyers entered memorandum and recommendation ("M&R"), under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that this matter be remanded to Wake County District Court. (DE 4). Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough and correct. The court therefore ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, where this court lacks subject matter jurisdiction, this action is REMANDED to Wake County District Court. The clerk of court is DIRECTED to close the case.

SO ORDERED, this the 22nd day of March, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

1