| | |
|---|---|
| CPI AMHERST SFR, and MAIN STREET RENLEWAL )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>TAMEKA ALEXANDER )<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:22-CV-326-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the recommendation of the magistrate judge upon frivolity review.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 22, 2023, more particularly described therein, that the captioned action be and hereby is remanded to Wake County District Court.

**This Judgment Filed and Entered on March 23, 2023, and Copies To:**
Tameka Alexander (via US mail) 5440 Thonderidge Dr, Raleigh, NC 27610
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court,
P. O. Box 351, Raleigh NC 27602)

March 23, 2023            PETER A. MOORE, JR., CLERK

                          By    Sandra K. Collins
                                Deputy Clerk